UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOBY J. MASSE,<br><br>           Plaintiff,<br><br>  vs.<br><br>ELDON VAIL, et al.,<br><br>           Defendants. | NO. CV-08-0025-LRS<br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |

    Pursuant to the settlement agreement of the Parties, which has been filed with the Court, Ct. Rec. 38, it is hereby ordered that this action is dismissed with prejudice and without costs or fees to any party. The file in this matter is CLOSED.

    **DATED** this 27th day of February, 2009.

                                       *s/Lonny R. Suko*

                                       LONNY R. SUKO
                         UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE